Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

CATHARINE J. TOMOVICH a/k/a
CATHIE J. TOMOVICH,
                Plaintiff.

vs

WOLPOFF & ABRAMSON, L.L.P.

                Defendant.

SUMMONS IN A CIVIL ACTION
Case No. 08CV1428 JM BLM

FILED
2008 AUG -7 PM 12:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Shaun Khojayan
Law Offices of Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMERLY

AUG -7 2008
DATE

By _____, Deputy Clerk

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)