1  LAW OFFICES OF SHAUN KHOJAYAN
     & ASSOCIATES, P.L.C.
2  SHAUN KHOJAYAN (CASB NO. 197690)
   121 Broadway, Suite 338
3  San Diego, CA 92101
   Telephone: 619/338-9110
4  619/338-9112 (fax)
   Email: shaun@khojayan.com
5

6  ARLEO LAW FIRM, PLC
   ELIZABETH J. ARLEO (CASB No. 201730)
7  850 Main Street, Suite 201
   Ramona, CA 92065
8  Telephone: 760/789-8000
   760/789-8081 (fax)
9  Email: elizabeth@arleolaw.com

10 Attorneys for Plaintiff

11

12

13                        UNITED STATES DISTRICT COURT

14                       SOUTHERN DISTRICT OF CALIFORNIA

15

16 CATHARINE J. TOMOVICH a/k/a CATHIE ) CASE NO. 08CV1428 JM BLM
   J. TOMOVICH,                      )
                                     ) NOTICE OF PARTY WITH FINANCIAL
17                         Plaintiff, ) INTEREST PURSUANT TO LOCAL RULE
                                     ) 40.2
18       vs.                         )
                                     )
19 WOLPOFF & ABRAMSON, L.L.P.        )
                                     ) (The Fair Debt Collection Practices Act, 15
20                        Defendant. ) U.S.C. §1692 *Et Seq.* and California Rosenthal
                                     ) Fair Debt Collection Practices Act, Ca. Civ.
21                                     Code 1788 *Et Seq.*)

22

23

24

25

26

27

28

1
2   Pursuant to Civil L.R. 40.2, the undersigned certified that as of this date, other than the
3   named parties, there is no such interest to report.
4
5
                                              s/ Shaun Khojayan
                                    ATTORNEY OF RECORD FOR PLAINTIFFS
6                                            SHAUN KHOJAYAN
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Attorney for Plaintiff certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

    **Elizabeth J Arleo** elizabeth@arleolaw.com

    **Shaun Khojayan** shaun@khojayan.com, hashen@khojayan.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

    None.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2008　　　　　　　　　　　　　　　　　　　　s/ Shaun Khojayan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Shaun Khojayan, Declarant