1 | LAW OFFICES OF SHAUN KHOJAYAN
    & ASSOCIATES, P.L.C.
2 | SHAUN KHOJAYAN (CASB NO. 197690)
121 Broadway, Suite 338
3 | San Diego, CA 92101
Telephone: 619/338-9110
4 | 619/338-9112 (fax)
Email: shaun@khojayan.com

6 | ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB No. 201730)
7 | 1672 Main Street, Suite E
PMB 133
8 | Ramona, CA 92065
Telephone: 760/789-8000
9 | 760/789-8081 (fax)
Email: elizabeth@arleolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHARINE J. TOMOVICH a/k/a CATHIE J. TOMOVICH, | CASE NO. 08CV1428 JM BLM |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| WOLPOFF & ABRAMSON, L.L.P. | |
| Defendant. | |

1  TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT, effective immediately, Arleo Law Firm, PLC has moved

3  to:

4
   1672 Main Street, Suite E
5     PMB 133
   Ramona, CA 92065
6

7  The firm's telephone and facsimile numbers, and its e-mail addresses, will remain

8  unchanged.

9
DATED: September 8, 2008              Respectfully submitted,
10
                                            ARLEO LAW FIRM, PLC
11                                             ELIZABETH J. ARLEO

12
                                                s/Elizabeth J. Arleo
13                                             ELIZABETH J. ARLEO

14
                                            1672 Main Street, Suite E
15                                             PMB 133
                                            Ramona, CA 92065
16                                             Telephone 760-789-8000
                                            760-789-8081 (fax)
17
                                            Attorney for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

                                                                                  05-CV-0171 JAH (RBB)

**CERTIFICATE OF SERVICE**

Attorney for Plaintiff certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth J Arleo**
  elizabeth@arleolaw.com
- **Shaun Khojayan**
  shaun@khojayan.com,hashen@khojayan.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Birgit Dachtera Stuart
Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2008                         s/Elizabeth J. Arleo_____

                                                                    ELIZABETH J. ARLEO

05-CV-0171 JAH (RBB)