UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHARINE J. TOMOVICH a/k/a CATHIE J. TOMOVICH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WOLPOFF & ABRAMSON, L.L.P.,<br><br>　　　　Defendant. | Case No. 08cv1428-JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUING MANDATORY SETTLEMENT CONFERENCE AND DISCOVERY MOTIONS CURRENTLY SET FOR MARCH 10, 2009**<br><br>[Doc. No. 21] |

　　Pending a preliminary settlement agreement, on February 24, 2009, the parties filed a joint motion to continue the Mandatory Settlement Conference and the hearing and pleading deadlines related to Plaintiff's pending motions to compel discovery responses. Doc. No. 21.

　　**GOOD CAUSE APPEARING**, the joint motion is **GRANTED**. The hearings on Plaintiff's motions to compel and the Mandatory Settlement Conference, currently set for March 10, 2009 at 1:30 p.m., are continued until April 6, 2009, at 1:30 p.m., to allow the parties to finalize the settlement terms.

　　If the parties are unable to reach a written agreement to settle Plaintiff's claims (except for attorneys' fees and costs), all deadlines set forth in this Court's December 10, 2008 Case Management Order

1  Regulating Discovery and Other Pretrial Proceedings, and all related
2  pleading deadlines, will be recalculated from the date of the
3  rescheduled hearing.
4     In the interim, a Case Management Conference will be held on **March
5  30, 2009** at **9:15 a.m.** **Counsel shall appear telephonically.** The Court
6  will initiate the conference call.
7     **IT IS SO ORDERED.**
8  DATED:  February 24, 2009

*[signature: Barbara L. Major]*

BARBARA L. MAJOR
United States Magistrate Judge