UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHARINE J. TOMOVICH a/k/a CATHIE J. TOMOVICH,<br><br>                    Plaintiff,<br><br>v.<br><br>WOLPOFF & ABRAMSON, L.L.P.,<br><br>                    Defendant. | Case No. 08cv1428-JM (BLM)<br><br>**ORDER DENYING MOTIONS AS MOOT**<br><br>**[Doc. Nos. 16 & 20]** |

In light of the fact that the parties have settled this case, <u>see</u> Doc. Nos. 24 & 27, the Court hereby **DENIES AS MOOT** the pending motions to compel [Doc. Nos. 16 & 20].

   **IT IS SO ORDERED.**

DATED:  April 17, 2009

_Barbara L. Major_

BARBARA L. MAJOR
United States Magistrate Judge